**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AHMAL BREHAUT, | Case No.: 2:26-cv-01047-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 3] |
| GROTH ASSOCIATION MANAGEMENT, et al., | |
| Defendants | |

On May 8, 2026, Magistrate Judge Youchah recommended that I dismiss plaintiff Ahmal Brehaut's complaint without prejudice, but without leave to amend in federal court. ECF No. 3. She also recommended that Brehaut's motion for appointment of pro bono counsel be denied. *Id.* Brehaut did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 3) is accepted, plaintiff Ahmal Brehaut's motion for appointment of pro bono counsel (ECF No. 1-4) is denied, and Brehaut's complaint is dismissed without prejudice, but without leave to amend in federal court. The clerk of court is instructed to close this case.

DATED this 1st day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE